**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **LIOSVANIS DE LA CRUZ-REYES,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:26-CV-451-CRW-DNM** |
| **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,** | § | |
| | § | |
| **Respondents.** | § | |

**DEFICIENCY ORDER**

Before the Court is Petitioner Liosvanis De La Cruz-Reyes's Petition for a Writ of Habeas Corpus. Dkt. No. 1. De La Cruz-Reyes has neither paid the $5.00 filing fee, nor has he filed an application to proceed *in forma pauperis* (IFP).

To commence any civil action, suit, or proceeding in a district court of the United States, the party bringing the action must pay a filing fee. 28 U.S.C. § 1914(a). The filing fee for an application for a writ of habeas corpus is $5. *Id.* If the party bringing the action fails to pay the required filing fee, the action may proceed only if the Court grants leave to proceed IFP. *Id.* § 1915(a). The decision to grant or deny leave to proceed IFP is "within the sound discretion of the Court." *Moore v. Comm'r of Soc. Sec.*, EP-25-CV-00487-KC-RFC, 2025 WL 3673290, at *1 (W.D. Tex. Dec. 2, 2025) *R. & R. adopted*, EP-25-CV-487-KC-RFC, 2025 WL 3670505 (W.D. Tex. Dec. 17, 2025).

The Court therefore **ORDERS** that the Clerk shall forward this Order and the attached application to proceed IFP to De La Cruz-Reyes. The Court further **ORDERS** that De La Cruz-Reyes, on or before **September 24, 2026**, must submit either the $5.00 filing fee or a completed application to proceed IFP together with: (1) an IFP data sheet certified by one of the officers in

the law library; and (2) a certified copy of De La Cruz-Reyes's trust fund account statement for the six-month period immediately preceding July 13, 2026, the day he filed his Petition, for this case to proceed. The officer in the law library will provide the IFP data sheet. Failure to comply with the Court's order may result in the **DISMISSAL** of this case for **FAILURE TO PROSECUTE OR COMPLY**.

**SIGNED** this 25th day of August, 2026.

DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE

# United States District Court

For the
District of ____________________

______________________________ )
Plaintiff )
v. ) Civil Action No. ____________________
______________________________ )
Defendant )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPARYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: ______________________________________. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My take-home pay or wages are: ____________________ Per *(specify pay period)* ____________________

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❒ Yes | ❒ No |
| (b) Rent payments, interest, or dividends | ❒ Yes | ❒ No |
| (c) Pension, annuity, or life insurance payments | ❒ Yes | ❒ No |
| (d)Disability, or worker's compensation payments | ❒ Yes | ❒ No |
| (e) Gifts, or Inheritances | ❒ Yes | ❒ No |
| (f) Any other sources | ❒ Yes | ❒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: ____________________

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: ______________________

______________________________
*Applicant's signature*

______________________________
*Printed name*