UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Liosvanis De La Cruz-Reyes,<br>*Petitioner*,<br>v.<br>ICE,<br>*Respondent*. | No. 6:26-cv-451-CRW |

**ORDER DISMISSING FOR WANT OF PROSECUTION**

On November 17, 2026, the Court ordered Petitioner Liosvanis De La Cruz-Reyes "to amend his petition naming his immediate custodian, the warden of Limestone County Detention Center, within seven days." Dkt. No. 7 at 1–2. The Court informed De La Cruz-Reyes that the Court could dismiss the matter for failure to prosecute if he failed to comply. *Id.* at 2. De La Cruz-Reyes failed to amend his petition to name his immediate custodian. "A district court may dismiss an action *sua sponte* under Fed. R. Civ. P. 41(b) for failure to comply with a court order." *Long v. Simmons*, 77 F.3d 878, 879 (5th Cir. 1996). The Court finds that dismissal without prejudice under Rule 41(b) is appropriate.

Therefore, the Court **ORDERS** that this case be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b). The Clerk's Office is respectfully directed to **CLOSE** this case.

**SIGNED** on November 25, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE